**McCARTHY & HOLTHUS, LLP**
Kristin A. Schuler-Hintz, Esq. (NSB# 7171)
Amanda Hunt, Esq. (NSB# 12644)
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Telephone:   (702) 685-0329
Facsimile:   (866) 339-5691

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ALAN R. RIEKKI,<br><br>                    Plaintiff,<br><br>v.<br><br>BAYVIEW FINANCIAL LOAN SERVICING, BANK OF AMERICA, CCO MORTGAGE, CITIMORTGAGE, INC, MIDLAND MORTGAGE COMPANY, NATIONSTAR MORTGAGE, and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>                    Defendants. | Case No. 2:15-cv-02427-JCM-GWF<br><br>**STIPULATION RESOLVING CERTAIN CLAIMS** |

COMES MIDLAND MORTGAGE, (hereinafter "Midland") on the one hand by and through their counsel of record Amanda Hunt, Esq of the law firm of McCarthy & Holthus LLP; and Alan Riekki ("Riekki") by and through their counsel of record Michael Kind, Esq of the law firm of the Kazerouni Law Group, APC and hereby files this stipulation resolving both Motion for Attorney's Fees [Doc 7] as well as the related Motion to Strike [Doc 27].

## **RECITALS**

1. On or about December 22, 2015; Midland filed a Notice of Related Cases [Doc 6] Requesting an Order to Show Cause as to Why Midland Should not receive attorney's fees for having to respond to two (2) complaints [Doc 7].

2. Riekki responded [Doc 19] and Midland filed a Reply Brief [Doc 21]. Reikki filed a Motion to Strike the Reply Brief [Doc 27].

Page | 1

3. Neither party admitting error, the parties hereby stipulate to withdraw these respective documents and hereby have decided to resolve the matter regarding Midland's Motion for Attorney's Fees and Plaintiff's Motion to Strike.

## STIPULATION

It is hereby **STIPULATED** that the Motion for Attorney's Fees as well, the Motion to Strike as well as the related documents delineated above are hereby withdrawn and the matter is hereby resolved.

| | |
|---|---|
| DATED this 12th day of February, 2016 | DATED this 12th day of February, 2016 |
| **KAZEROUNI LAW GROUP, APC** | **McCARTHY & HOLTHUS, LLP** |
| /s/ Michael Kind | /s/ Amanda Hunt |
| Michael Kind, Esq | Kristin A. Schuler-Hintz, Esq |
| Nevada Bar No. 13903 | Nevada Bar No. 7171 |
| 7854 W. Sahara Ave. | Amanda Hunt, Esq |
| Las Vegas, NV 89117 | Nevada Bar No. 12644 |
| | 9510 West Sahara Avenue, Suite200 |
| | Las Vegas, Nevada 89117 |

### IT IS SO ORDERED

DATED February 18, 2016.

UNITED STATES DISTRICT JUDGE

February 18, 2016

Page | 2