Michael Kind, Esq. (SBN: 13903)
KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq. (SBN: 9086)
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALAN R. RIEKKI,<br><br>      Plaintiff,<br>v.<br><br>BAYVIEW FINANCIAL LOAN SERVICING, BANK OF AMERICA, CCO MORTGAGE, CITIMORTGAGE, INC., MIDLAND MORTGAGE COMPANY, NATIONSTAR MORTGAGE and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendants. | Case No.: 2:15-cv-02427-JCM-GWF<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT NATIONSTAR MORTGAGE** |

# STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Alan R. Riekki and Defendant Nationstar Mortgage ("Nationstar") stipulate to dismiss with prejudice Plaintiff's claims against Nationstar only. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 6th day of April 2016.

Respectfully submitted,

**Kazerouni Law Group, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Akerman LLP**

By: /s/ Matthew Knepper
Matthew Knepper, Esq.
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Nationstar Mortgage*

IT IS SO ORDERED:

DATED: April 11, 2016

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on April 6, 2016, the foregoing STIPULATION OF DISMISSAL OF DEFENDANT NATIONSTAR MORTGAGE was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117